IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH WILLIAMS, ) | |
| ) | Civil Action No. 07 - 38 |
| Petitioner, ) | |
| ) | |
| v. ) | Chief Judge Donetta W. Ambrose |
| ) | |
| PAUL J. STOWITZKY, Warden; ) | |
| DISTRICT ATTORNEY FOR THE ) | |
| COUNTY OF LUZERNE; and the ) | |
| ATTORNEY GENERAL FOR THE ) | |
| STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondents. | |

### MEMORANDUM ORDER

The above captioned Petition for Writ of Habeas Corpus was received by the Clerk of Court on January 29, 2007, and was referred to United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 14), filed on August 29, 2007, recommended that the case be transferred to the United States District Court for the Middle District of Pennsylvania. No objections to the Report and Recommendation have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 21st day of September, 2007;

**IT IS HEREBY ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this case as **CLOSED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 14) of Magistrate Judge Lenihan, dated August 29, 2007, is adopted as the opinion of the court.

*/s/ Donetta W. Ambrose*
Donetta W. Ambrose
United States District Judge, Chief

cc:  Lisa Pupo Lenihan
U.S. Magistrate Judge

KENNETH WILLIAMS
GG-9214
SRCF Mercer
801 Butler Pike
Mercer, PA 16137